### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MANAF CHEHABI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. CIV-19-17-SLP |
| PATRIOT EQUIPMENT, LTD, and | ) |
| ENRIQUEZ CHAPA, | ) |
| | ) |
| Defendants. | ) |

### STIPULATION OF DISMISSAL

In accordance with Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Manaf Chehabi and Defendant Patriot Equipment, LTD, respectfully file this Stipulation of Dismissal without prejudice. Plaintiff hereby dismisses this action without prejudice. The only remaining defendant in this action, Defendant Enriquez Chapa, failed to file an answer or otherwise respond to Plaintiff's action making his consent to dismissal impossible to obtain and unnecessary. Accordingly, the parties request the Court enter an Order dismissing this action without prejudice.

Respectfully submitted,
JAMES DUNN & ASSOCIATES, PLLC

s/Scott B. Hawkins
James E. Dunn, OBA #15222
Scott B. Hawkins, OBA #21694
1215 Classen Drive, Suite 200
Oklahoma City, OK 73130
jim@usattorney.com
scott@usattorney.com
***Attorneys for Plaintiff***

STIPULATION OF DISMISSAL APPROVED:


s/James K. Secrest, II[1]
James K. Secrest, II, OBA#8049
Edward J. Main, OBA #11912
7134 SA. Yale, Suite 900
Tulsa, OK 74136
jsecrest@secresthill.com
emain@secresthill.com
***Attorneys for Defendants***
***Patriot Equipment, LTD.***


## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of February 2020, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the following via ECF:

| | |
|---|---|
| Robery N. Ylla, Jr. | James K. Secrest |
| rylla@wyglawfirm.com | Edward J. Main |
| *Attorney for Plaintiff* | jsecrest@secresthill.com |
| | emain@secresthill.com |
| | *Attorneys for Defendants* |
| | *Continental Casualty Co. and* |
| | *Patriot Equipment, LTD.* |

---

[1] Electronically signed by Scott B. Hawkins with Mr. Secrest's permission given by way of email dated February 3, 2020 at 12:01 PM.